VAN–014 Notice of Filing of Proof of Claim By Debtor – Rev. 01/11/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilson Division

IN RE:
Deborah Ann Farmer
*( debtor has no known aliases )*
1601 Tilghman Road
Wilson, NC 27893

CASE NO.: 12–08858–8–RDD

DATE FILED: December 14, 2012

CHAPTER: 13

NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

YOU ARE HEREBY NOTIFIED that pursuant to Bankruptcy Rule 3004, a proof of claim was filed by the debtor on behalf of Security Financial on July 2, 2013 .

DATED: July 15, 2013

                                            Stephanie J. Edmondson
                                            Clerk of Court